THE PEOPLE OF THE STATE OF NEW YORK ex rel. REALTY ASSOCIATES, INC., Appellant and Respondent, against WILLIAM S. MILLER et al., Constituting the Board of Taxes and Assessments, Respondents and Appellants. (Taxes for 1934, 1935 and 1936.)

Argued April 15, 1941; decided May 22, 1941.

*Denis M. Hurley, Albert Hutton* and *James J. Manogue* for relator, appellant and respondent.

*William C. Chanler, Corporation Counsel (Arthur H. Goldberg* and *Arthur A. Segall* of counsel), for defendants, respondents and appellants.

Orders affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.